**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**OFFICE OF THE CLERK**
www.ned.uscourts.gov

**Denise M. Lucks**
**Clerk of Court**

**Gabriela Acosta**
**Chief Deputy Clerk**

August 2, 2018

Megan Jeane Muoio
Allyn & Fortuna LLP
1010 Avenue of the Americas
3rd Fl.
New York, NY   10018

RE:   Case No.   8:18cv370
      AGL Industries, Inc. v. Continental Indemnity Company et al

Dear Counsel:

Our records indicate that you are an attorney of record in the above-referenced case, which is managed on the Case Management/Electronic Case Files (CM/ECF) system of the U.S. District Court for the District of Nebraska.

Our records indicate that you have not:

   X   Registered for admission to practice in this court, as required by NEGenR 1.7(d) or (f).

   X   Registered for the System, as required by the NEGenR 1.3(a) and NEGenR 1.3(b)(1).

       Paid the 2017/2018 biennial attorney assessment fee, as required by NEGenR 1.7(h).

The necessary form(s) is/are attached for your use in complying with this request.   If the requested action is not taken within 15 days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order.   If you have already submitted the forms or taken the action required above, please disregard this letter.   If you have any questions or concerns, please do not hesitate to contact our office.

                              Sincerely,

                              s/   Lindsey Olson
                                   Deputy Clerk

Enclosures                                                                Forms-Attorney_Letter
                                                                Approved: February 25, 2008

# Admission to Practice
## $181.00

The rules governing admission to practice are set forth in [NEGenR 1.7(d)](). If you would like to be admitted to practice full-time in the United States District Court for the District of Nebraska, go to [www.pacer.gov]():

- Click on REGISTER
- Click on Attorney Filers

**Complete the on-screen instructions, noting the following:**

1. You must complete the State Bar information.
2. It is not necessary to complete the Sponsoring Attorney section.

# Admission to Practice Pro Hac Vice
## $100.00

The rules governing admission for a particular case (pro hac vice) are set forth in [NEGenR 1.7(f)](). If you would like to be admitted to practice pro hac vice in the United States District Court for the District of Nebraska, go to [www.pacer.gov]():

- Click on REGISTER
- Click on Attorney Filers

Complete the on-screen instructions. Note that you may leave the Additional Filer Information section blank.

Upon receipt of your admission request, the court will review your request and provide further filing instructions via e-mail. Upon receipt of the e-mail from the court, you will log in to [http://www.ned.uscourts.gov/attorney/cmecf-login](http://www.ned.uscourts.gov/attorney/cmecf-login) and file the applicable Pro Hac Vice motion.

**Your Pro Hac Vice motion must include the following information:**

- Case number for which you are requesting to be admitted.
- Oath of Admission set forth in [NEGenR 1.7(e)]().
- State bar to which you are currently admitted as required by [NEGenR 1.7(f)]().

# Electronic Case Filing Registration

The rules governing electronic case filing are set forth in NEGenR 1.3. If you would like to electronically file in the United States District Court for the District of Nebraska, go to www.pacer.gov:

- Click on REGISTER
- If you are an attorney, click on Attorney Filers
- If you are a non-attorney, click on Non-Attorney Filers

Complete the on-screen instructions. Note that you may leave the Additional Filer Information section blank.