IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AGL INDUSTRIES, INC.,<br><br>                    Plaintiff,<br><br>        vs.<br><br>CONTINENTAL INDEMNITY COMPANY,<br>APPLIED UNDERWRITERS, INC.,<br>APPLIED UNDERWRITERS CAPTIVE RISK<br>ASSURANCE COMPANY, INC., and<br>APPLIED RISK SERVICES, INC.,<br><br>                    Defendants. | **8:18CV370**<br><br><br>**CASE CONFERENCE<br>INSTRUCTIONS** |

        To facilitate the status conference scheduled on August 23, 2018 at 3:30 p.m., and for any other telephonic matter with Magistrate Judge Bazis, the parties shall use the following instructions and codes assigned to this case:

CASE CONFERENCE INSTRUCTIONS

    Dial:    1-888-684-8852
    Enter the access code 4145474, then hit the # key.
    Enter the security code:   2310
    Press (1) to accept.  Press (2) to re-enter.

    **The Clerk shall file these instructions as a <u>restricted access order</u>.**


    Dated this 13th day of August, 2018.


                            BY THE COURT:


                            s/ Susan M. Bazis
                            United States Magistrate Judge