**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| AGL INDUSTRIES, INC.,<br><br>            Plaintiff,<br><br>vs.<br><br>CONTINENTAL INDEMNITY COMPANY, APPLIED UNDERWRITERS, INC., APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC., and APPLIED RISK SERVICES, INC.,<br><br>            Defendants. | 8:18CV370<br><br>ORDER TO SHOW CAUSE |

The records of the Court show that on August 2, 2019 letters, (Filing Nos. 37 through 42) were sent to the following attorney(s) from the Office of the Clerk directing that they obtain admittance to practice in this district and register for the Case Management/Electronic Case Filing System ("System"):

| | |
|---|---|
| **Megan J. Muoio** (Filing No. 37)<br>ALLYN, FORTUNA LAW FIRM<br>1010 Avenue of the Americas, 3rd Floor<br>New York, NY 10018 | **Claire M. Hankin** (Filing No. 39)<br>WILSON, ELSER LAW FIRM - WHITE PLAINS<br>1133 Westchester Avenue<br>White Plains, NY 10603 |
| **Joanna G. Goldstein** (Filing No. 40)<br>WILSON, ELSER LAW FIRM - WHITE PLAINS<br>1133 Westchester Avenue<br>White Plains, NY 10603 | **Elizabeth D. Ho Sing** (Filing No. 41)<br>WILSON, ELSER LAW FIRM - WHITE PLAINS<br>1133 Westchester Avenue<br>White Plains, NY 10603 |
| **Thomas F. Quinn** (Filing No. 42)<br>WILSON, ELSER LAW FIRM - FLORHAM PARK<br>200 Campus Drive<br>Florham Park, NJ 07932 | |

**IT IS ORDERED** that on or before Wednesday, August 22, 2018, the attorney(s) listed above shall either comply with the requests set forth in the letters from the Clerk of the Court or show cause by written affidavit why they cannot comply with the rules of the Court. Failure to comply with this Order will result in Megan J. Muoio, Claire M. Hankin, Joanna G. Goldstein, Elizabeth D. Ho Sing and Thomas F. Quinn being removed as counsel of record.

Dated this 20th day of August, 2018.

                                                                              BY THE COURT:

                                                                              s/ Susan M. Bazis
                                                                              United States Magistrate Judge