IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| AGL INDUSTRIES, INC., | |
|---|---|
| Plaintiff, | 8:18-CV-370 |
| vs. | |
| CONTINENTAL INDEMNITY COMPANY, et al., | ORDER |
| Defendants. | |

IT IS ORDERED:

1. The parties' Stipulation to Stay (filing 60) is approved.

2. This case is stayed pursuant to the conditions set forth in the parties' stipulation (filing 60).

3. The Clerk of the Court shall enter a dismissal papers deadline of May 3, 2021.

4. The Clerk of the Court shall close this case for statistical purposes.

Dated this 18th day of October, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge